UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHARY F. DRAWDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-483 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 13, 2017. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion to Dismiss, [Doc. 6], be granted and that the case be dismissed for being filed outside of the time allowed for seeking review, [Doc. 10]. The plaintiff has not filed objections to this recommendation.

Thus, after careful *de novo* review, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 10], that the defendant's Motion to Dismiss, [Doc. 6], is GRANTED, and the case is hereby DISMISSED with prejudice.

E N T E R:

                                                          s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE